**FILED**

June 17, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>██████████████████<br>**(2) JESSICA YEPEZ, and**<br>██████████████████<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § |

**Case No: EP:26-CR-01549-LS**

S E A L E D
I N D I C T M E N T

CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute;
CT 2: 21:841(a)(1) & 18:2-Possession of a Controlled Substance with Intent to Distribute and Aiding and Abetting; and
CT 3: 21:841(a)(1) & 18:2-Possession of a Controlled Substance with Intent to Distribute and Aiding and Abetting.

Notice of Government's Demand for Forfeiture.

THE GRAND JURY CHARGES:

## COUNT ONE

That beginning on or about June 1, 2025, and continuing through and including on or about May 21, 2026, in the Western District of Texas, District of New Mexico, and elsewhere, Defendants,

████████████████████████████
**(2) JESSICA YEPEZ, and**
████████████████████████████

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

Rev. 2017-11-30

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| ███████████ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |
| (2) Jessica Yepez | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |
| ███████████ | 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(A)(ii) |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

That on or about March 16, 2026, in the Western District of Texas, Defendants,

**(2) JESSICA YEPEZ,**

did knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT THREE

That on or about May 21, 2026, in the Western District of Texas, Defendants,

**(2) JESSICA YEPEZ, and**

did knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the same, which offense involved 5 kilograms or more of a mixture or substance

containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Drug Violations and Forfeiture Statutes
### [Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(ii),
### subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]

As a result of the criminal violations set forth above, the United States gives notice to the Defendants of its intent to seek the forfeiture of certain property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which state:

**Title 21 U.S.C. § 853.  Criminal Forfeitures**
**(a) Property subject to criminal forfeiture**
&ast; &ast; &ast;
**(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
**(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand for Forfeiture includes but is not limited to the money judgment described in Paragraph II.

### II.
### Money Judgment

A sum of money that represents the amount of proceeds obtained by the Defendants, directly or indirectly, as a result of the offenses set forth above, and the value of property used to facilitate, or intended to be used to facilitate the commission of the offenses, for which the Defendants are individually liable.

Rev. 2017-11-30

**Substitute Assets**

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third person;
    c.    has been placed beyond the jurisdiction of the Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture, pursuant to Title 21 U.S.C. § 853(p), as incorporated by Title 28 U.S.C. § 2461(c), of any other property of said Defendants up to the value of the forfeitable property.

A TRUE BILL.

 

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney

Rev. 2017-11-30